**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000739**
**03-APR-2023**
**07:46 AM**
**Dkt. 253 ODMR**

NO. CAAP-20-0000739

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RQ, Plaintiff-Appellant, v.
KQ, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-2770)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Plaintiff-Appellant RQ's March 25, 2023 Motion for Reconsideration, the papers in support, and the record, this court did not overlook or misapprehend any issue of law or fact when it entered its March 15, 2023 Summary Disposition Order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, April 3, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge